UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, <br><br> Plaintiff, <br><br> v. <br><br> BLAINE AUSTIN, et al., <br><br> Defendants. | Case No. CV 17-7379-PA (Ex) <br><br> JUDGMENT AND PERMANENT INJUNCTION |

Pursuant to the Court's September 14, 2018 Order granting the Motion for Summary Judgment filed by plaintiff Orlando Garcia ("Plaintiff"), it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Judgment is entered in favor of Plaintiff and against defendant Blaine Austin ("Defendant");

2. Defendant shall pay to Plaintiff $8,000 in statutory damages; and

. . . .

. . . .

. . . .

. . . .

. . . .

3. Defendant is ordered to provide and maintain an accessible entrance to the Vintage Tattoo Art Parlor at the property located at or about 5115 York Blvd., Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

DATED: September 14, 2018

                                                Percy Anderson
                                    UNITED STATES DISTRICT JUDGE